1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,      )   CR No. 09-0584 MAG
                                    )
14 |        Plaintiff,               )
                                    )   STIPULATION AND
15 |    v.                           )   ORDER EXCLUDING TIME UNDER THE
                                    )   SPEEDY TRIAL ACT FROM AUGUST 4,
16 | MARIO SALAZAR GASOTE,          )   2009, TO SEPTEMBER 1, 2009
                                    )
17 |                                 )
            Defendant.               )
18 |_____)

19      On August 4, 2009, the parties in this case appeared before the Honorable James Larson for a

20 status hearing.  At that time, the parties stipulated that time should be excluded from the Speedy

21 Trial Act calculation from August 4, 2009 to September 1, 2009 for effective preparation of

22 defense counsel.  The parties represented that granting the continuance was for the reasonable

23 time necessary for effective preparation of defense counsel, taking into account the exercise of

24 due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties

25 //

26 //

27 //

28 //

~~Proposed~~ Stipulation and Order
CR No. 09-0485 MAG                          1

1  also agreed that the ends of justice served by granting such a continuance outweighed the best
2  interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).
3  IT IS SO STIPULATED:

4                                         JOSEPH P. RUSSONIELLO
                                       United States Attorney
5

6  DATED:  8/10/09                    _____/s/_____
                                       ACADIA SENESE
7                                         Special Assistant United States Attorney

8  DATED:  8/5/09                     _____/s/_____
9                                         JODI LINKER
                                       Attorney for Mario Salazar Gasote
10

11     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from August 4,
12  2009, to September 1, 2009, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv).
13
14  IT IS SO ORDERED.
15
16  DATED:_____
17                                         THE HONORABLE
                                       United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte* (signature)

Proposed Stipulation and Order
CR No. 09-0485 MAG                          2