1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

OCT 28 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-0584 EDL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 27, 2009 TO NOVEMBER 24, 2009 |
| MARIO SALAZAR GALSOTE, | |
| Defendant. | |

On October 27, 2009, the parties in this case appeared before the Honorable Elizabeth D. Laporte for a status hearing. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from October 27, 2009 to November 24, 2009 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties

//
//
//
//

Proposed Stipulation and Order
CR No. 09-0584 EDL                              1

1 | also agreed that the ends of justice served by granting such a continuance outweighed the best
2 | interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).
3 | IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 10/27/09          /s/
                         ACADIA SENESE
                         Special Assistant United States Attorney

DATED: 10/27/09          /s/
                         JODI LINKER
                         Attorney for Mario Salazar Galsote

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from October 27, 2009 to November 24, 2009, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: 10/28/09          
                         THE HON. ELIZABETH LAPORTE
                         United States Magistrate Judge

Proposed Stipulation and Order
CR No. 09-0584 EDL                      2