**FILED**

DEC 11 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email:acadia.senese@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        ) CR No. 09-0584 EDL
                                     )
14       Plaintiff,                  )
                                     ) **NOTICE OF DISMISSAL**
15       v.                          )
                                     )
16  MARIO SALAZAR GALSOTE,           )
                                     )
17       Defendant.                  )
18  _____   )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20  United States Attorney for the Northern District of California dismisses the above
21  Information without prejudice.
22
23                                   Respectfully submitted,
24                                   JOSEPH P. RUSSONIELLO
                                     United States Attorney
25
26
27  DATED: 12/8/09                           /s/
                                     ACADIA L. SENESE
28                                   Special Assistant United States Attorney

DISMISSAL OF INFORMATION
CR No. 09-0584 EDL

The Court hereby grants leave to dismiss the above Information without prejudice.

DATED: Dec 11, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 08-0309 MAG